Todd M. Friedman, Bar No. 216752
Nicholas J. Bontrager, Bar No. 252114
Suren N. Weerasuriya, Bar No. 278521
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
(877) 206-4741/FAX (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com

Attorneys for Plaintiff
ASHLEY WRIGHT

Rami N. Haddad
Litigation Counsel
Office of General Counsel
Portfolio Recovery Associates LLC
140 Corporate Boulevard
Norfolk, Virginia 23502
Direct Telephone 757-481-8359
Fax: 757-321-2518
rnhaddad@portfoliorecovery.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>    Defendant. | Case No.   2:13-cv-07265-ODW-E<br><br>**Stipulation to Dismiss Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carolyn Navarro ("Plaintiff") and Defendant Portfolio Recovery Associates LLC ("Defendant"), hereby stipulate to voluntarily dismiss this case

- 1 -
**Stipulation to Dismiss Pursuant to F.R.C.P. 41(a)(1)(A)(ii)**

1  with prejudice, with each side to bear its own fees and costs.

2                                             LAW OFFICES OF TODD M. FRIEDMAN, P.C.

3

4
   DATED: December 30, 2013          By:  /s/Todd M. Friedman
5                                             Todd M. Friedman
                                              Nicholas J. Bontrager
6                                             Suren N. Weerasuriya
                                              Attorneys for Plaintiff
7

8

9                                             OFFICE OF GENERAL COUNSEL

10
   DATED:  December 30, 2013         By:  /s/ Rami N. Haddad
11                                             Rami N. Haddad
                                              Attorneys for Defendant
12

- 2 -
**Stipulation to Dismiss Pursuant to F.R.C.P. 41(a)(1)(A)(ii)**